IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON DAVID HAMPTON,
ADC #153213                                                                                    PLAINTIFF

V.                          CASE NO. 5:15-CV-00182 BSM/BD

GERALD ROBINSON, et al.                                                         DEFENDANTS

RECOMMENDED DISPOSITION

I. **Procedures for Filing Objections**:

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II. **Discussion**:

Plaintiff Jon David Hampton filed this lawsuit pro se and is proceeding *in forma pauperis*. (Docket entries #1 and #2) On July 15, 2015, Mr. Hampton was allowed thirty days in which to file an amended complaint due to problems with his original complaint. (#5) The Court specifically cautioned Mr. Hampton that his claims could be dismissed if he failed to comply with the Order. (#5)

On July 28, 2015, Mr. Hampton was given thirty days to notify the Court of his new address, after his mail was returned to Court as undeliverable.[1] (#7) The Court specifically cautioned Mr. Hampton that his claims could be dismissed if he failed to comply with that Order. (#7) To date, Mr. Hampton has failed to comply with either of the Court's Orders (#5, #7), and the time for doing so has passed.

## III.   Conclusion:

The Court recommends that Mr. Hampton's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's July 15 and July 28, 2015 Orders.

DATED this 9th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address.