IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON DAVID HAMPTON                                                                  PLAINTIFF
ADC #153213

v.                              CASE NO. 5:15CV00182 BSM

GERALD ROBINSON et al.                                                           DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1   Plaintiff Jon Hampton's complaint [Doc. No. 2] is dismissed without prejudice for failure to comply.

2   It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3)

IT IS SO ORDERED this 6th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE