IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JON DAVID HAMPTON**                                                                                            **PLAINTIFF**
**ADC #153213**

v.                             CASE NO. 5:15CV00182 BSM

**GERALD ROBINSON et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

Dated this 6th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE